# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| In re:<br><br>GOLDA TORRES-HARVEY,<br><br>Petitioner. | No. 07-1316<br>(D.C. No. 03-cr-082-MSK) |

ORDER
Filed September 12, 2007

Before **MURPHY**, **EBEL**, and **TYMKOVICH**, Circuit Judges.

    Golda Torres-Harvey filed a petition for a writ of mandamus seeking an order from this court directing the United States District Court for the District of Colorado to take action on her pending 28 U.S.C. § 2255 motion in case No. 03-cr-082. On August 17, 2007, we entered an order inviting the district court to respond to the petition. On August 30, the district court entered an order denying the § 2255 motion. Ms. Torres-Harvey has now received the relief she sought in her mandamus petition. Accordingly, the mandamus petition is DISMISSED as moot.

    Entered for the Court,

    Elisabeth A. Shumaker, Clerk